AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| RUBEN NEGRON GUZMAN | ) | Case No.  12-8372-WM |
| | ) | |
| | ) | |
| | ) | |

_Defendant(s)_

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ September 12, 2012 _____ in the county of _____ Palm Beach _____ in the _____ Southern _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC. Section 922(g)(1) | Illegal possession of a firearm by a convicted felon |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_Complainant's signature_

Richard Silva, TFO ATF
_Printed name and title_

Sworn to before me and signed in my presence.

Date:  9 - 14 - 2012

_Judge's signature_

City and state:        West Palm Beach, Florida

William Matthewman, U.S. Magistrate Judge
_Printed name and title_

# **AFFIDAVIT**

I, Richard Silva, do hereby state and affirm that:

1.  I am currently a Task Force Officer with the Bureau of Alcohol, Tobacco,
    Firearms and Explosives (ATF) and have been since 2011.  I am employed by the
    Palm Beach County Sheriffs Office and have been since 2004.  Some of my
    responsibilities include investigating violations of federal law, including
    violations of the Gun Control Act (Title 18 United States Code, Chapter 44).  This
    affidavit is based upon your affiant's personal knowledge, review of reports, and
    information obtained from other law enforcement officials and civilians.  This
    affidavit does not contain every fact of this investigation, only the necessary
    information to support probable cause.

2.  This affiant spoke to Deputy Joseph Noyes of the Palm Beach County Sheriffs
    Office (PBSO) who stated that he participated in the investigation of Ruben
    Negron GUZMAN, w/m, DOB: 08/28/1961.  On September 12, 2012, PBSO
    executed a lawful narcotics search warrant at 2313 Fairway Drive West Palm
    Beach, FL, 33409.

3.  Once the PBSO SWAT team secured the residence, D/S Carlos Valencia observed
    a SWAT team member escorting a female out of the residence. The female was
    identified as, Ines Lopez Pacheco, w/f, DOB: 08/17/64, the only occupant who
    was inside the residence at the time of execution of the search warrant.  D/S

Valencia, who is fluent in Spanish, read her the search warrant affidavit and her Miranda rights from a PBSO Miranda rights card in Spanish.

4.  Pacheco agreed to give a recorded post-Miranda statement and advised she understood her rights.  Pacheco explained that her live-in boyfriend/roommate, Ruben Negron GUZMAN, kept his important items, drugs and personal/house documents, in a floor safe in the closet.  D/S Noyes located the floor safe and it was found forced open and empty.  Pacheco advised that GUZMAN recently moved his items from the safe in the floor to a new safe which only he had access to in his bedroom.  GUZMAN's room was identified as room 3.

5.  Located in the closet of GUZMAN's room was a large black Sentry brand safe. The key to the safe was located on a vehicle key chain and within the safe, D/S Noyes, recovered the following items: $1350.00 in US Currency, a black Ruger, Model LCR 38 Special, Serial # 541-01383, 2.77 ounces of cocaine (total amount), and several correspondence items, including a birth certificate for Ruben GUZMAN.  The US Currency had denominations consistent with drug sale profits.

6.  The cocaine was contained in three separate bags: one bag was still in the form of a small brick, the second bag was filled with a large amount of powder, and the third bag had numerous other multi-color 1x1 baggies containing cocaine.  The multi-colored baggies were the same recovered as in previous controlled buys from the residence.

7. Also located in the closet of GUZMAN's room was a smaller Sentry brand safe which contained a scale with cocaine residue, Jewish Federation business cards (Ruben's place of work, per Pacheco's taped statement) with cocaine residue, marijuana, marijuana seeds, and numerous multicolored 1x1 baggies.

8. Deputy Noyes located additional marijuana (total amount 30.8 grams), correspondence for Ruben Negron GUZMAN and Michael Baez, caffeine powder (used to mix in to cocaine), coffee grinder with cocaine residue, and photographs in room 2. All of the above located narcotics were found with or within close proximity of correspondence for Ruben Negron GUZMAN.

9. During Pacheco's sworn taped statement, she stated that GUZMAN began using his nephew's name, Michael Baez, due to the fact he (GUZMAN) had a warrant and was a convicted felon under his real name. A picture was shown to Pacheco from the Driver and Vehicle Information Database (DAVID) database of Michael Baez's Florida Driver's License (DL/ID Number B200-541-69-107-0) and she confirmed that was in fact GUZMAN's photo.

10. Additionally several fake Florida identification cards were located with GUZMAN's picture attached to the name Michael Baez. Also located was a social security card for Michael Baez. The above ID cards and documents were located in Pacheco' room (room 2) which is also where GUZMAN keeps his clothing. Additionally located in Pacheco' room were several other correspondence items for GUZMAN, Pacheco, and Michael Baez, another coffee grinder with cocaine residue, 145 rounds of .38 special Winchester ammunition

3

(same caliber as the gun located in the safe), several more 1x1 bags, and a digital scale and bags with cocaine residue near a Western union card bearing the name "Ruben Negron". It should be noted that all the bags located within GUZMAN's room and in his clothes match the multi-colored bags containing cocaine found within the safe.

11. Pacheco explained that she was not involved with the drug activity, however she suspected that GUZMAN was dealing narcotics from the residence. She also stated that she has been with GUZMAN for about 6 years and stated he had been using his fake name, Michael Baez, in order to avoid arrest for a warrant. She also stated GUZMAN is the only one whom resides in the room across from her and that no one but GUZMAN accesses the safe. Pacheco advised that GUZMAN was currently at work.

12. D/S Noyes conducted a field test on all the narcotics with Sirchie brand test kits and they responded with positive reaction for the presence of marijuana and cocaine.

13. On September 13, 2012, D/S Noyes and D/S Valencia made contact with Human Resources Manager, Nicole Rohee, of the Jewish Federation of Palm Beach County. Rochee confirmed that a male by the name Michael Baez was employed with the Jewish Federation since 2001. A picture of GUZMAN was shown to Rochee and she advised that the individual in the picture was Michael Baez. Rochee advised that Michael Baez (GUZMAN) had not shown up for work today.

14. The Ruger, Model LCR 38 Special, Serial # 541-01383 was entered into the National Crime Information Center database , which indicated the firearm was reported stolen on November 20, 2010.( PBSO case number # 10-151369)

15. This affiant conducted a criminal record check on GUZMAN and determined the following:  On June 15, 1988, GUZMAN was convicted of Sale of Cocaine (two counts), case number 88-1751. This crime occurred in the Court of the Fifteenth Judicial Circuit of Florida, and was punishable by a term of imprisonment exceeding one year.

16. This affiant has consulted with ATF Special Agent Pamela Bradley, who has received extensive training in the manufacture and commerce of firearms, who has agreed that Ruger firearms are not manufactured in the state of Florida and therefore affect interstate commerce.

17. Based upon the previous facts, this affiant believes that there is probable cause to believe that Ruben GUZMAN illegally possessed a firearm after being convicted of a crime punishable by a term of imprisonment exceeding one year in violation of Title 18 USC, section 922(g)(1).


RICHARD SILVA
TASK FORCE OFFICER
BUREAU OF ALCOHOL,
TOBACCO, FIREARMS AND
EXPLOSIVES


Sworn to and subscribed before me this
14 day of September 2012.


WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

6

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

No.   12-8372-WM

**UNITED STATES OF AMERICA**

**vs.**

**RUBEN NEGRON GUZMAN,**

Defendant.
_____/

## CRIMINAL COVER SHEET

1.   Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?      _____ Yes   _X_ No

2.   Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?      _____ Yes   _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:   _____

EMALYN H. WEBBER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 407501
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777
Emalyn.Webber@usdoj.gov